Argued and submitted January 24, reversed and remanded for reconsideration February 16, 1994

In the Matter of the Compensation of
Lee S. Fellabaum, Claimant.

Lee S. FELLABAUM,
*Petitioner,*

*v.*

HORIZON AIRLINES, INC.,
and Employers Insurance of Wausau,
*Respondents.*

(WCB 91-09116; CA A78681)

867 P2d 570

Kevin Keaney argued the cause for petitioner. With him on the brief was Pozzi, Wilson, Atchison, O'Leary & Conboy.

David O. Horne argued the cause and filed the brief for respondents.

Before Deits, Presiding Judge, and Warren and Riggs, Judges.

PER CURIAM

Reversed and remanded for reconsideration. *Gallino v. Courtesy Pontiac-Buick-GMC*, 124 Or App 538, 863 P2d 530 (1993).